# UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT

## FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**

Oscar Dantzler
P.O. Box 1786
Hammond, La 70404
985-215-1508
oscardantzler@yahoo.com

Case: 1:20-cv-01505   Jury Demand
Assigned To : McFadden, Trevor N.
Assign. Date : 6/8/2020
Description: Employ. Discrim.  (H Deck)

VERSUS

**DEFENDANTS**

**THE UNITED STATES DEPARTMENT OF JUSTICE OFFICE, AND THE UNITED STATES DEPARTMENT OF JUSTICE OFFICE THROUGH THE ATTORNEY GENERAL WILLIAM P. BARR'S  INDIVIDUALLY AND IN HIS COMPACITY AS THE U. S. ATTORNEY GENERAL AND THEIR AGENTS ONE -FIVE, AND THE UNITED STATES FDERAL BUREAU INVESTIGATION OFFICE THROUGH CHRISTOPHER A. WRAY INDIVIDUALLY AND IN HIS COMPACITY AS THE U. S. F. B. L DIRÉCTOR AND THEIR AGENTS ONE-FIVE, AND THE UNITED STATES FDERAL BUREAU INVESTIGATION OFFICE THROUGH BRYAN A. VORNDRAN INDIVIDUALLY AND IN HIS COMPACITY AS THE U. S. F. B. I. SPECIAL AGENT AND THEIR AGENTS ONE-FIVE, AND THE LOUISIANA COMMISSISION OF HUMAN RIGHTS OFFICE OF THE GOVERNOR THROUGH JOHN BEL EDWARDS AND JOHN BEL EDWARDS INDIVIDUALLY AND IN HIS COMPACITY AS THE STATE OF LOUISIANA GOVERNOR AND THEIR AGENTS ONE-FIVE, AND THE LOUISIANA COMMISSISION ON HUMAN RIGHTS, THROUGH DR., LEAH RABY INDIVIDUALLY AND IN HER COMPACITY AS THE EXCUTIVE DIRECTOR, AND THE LOUISIANA COMMISSISION OF HUMAN RIGHTS OFFICE THROUGH DEASH GAY, ESQ INDIVIDUALLY AND IN HER COMPACITY AS THE EXECUTIVE ASSISTANT/EQS SUPERVISOR AND THEIR AGENT ONE- FIVE, AND THE LOUISIANA COMMISSISION OF HUMAN RIGHTS OFFICE THROUGH CHRISTA DAVID, MPA INDIVIDUALLY AND IN HER COMPACITY AS THE ADMINSTRATIE ASSISTANT / INTAKE OFFICER AND THEIR AGENT ONE- FIVE, AND THE U.S.E.E.O.C. OFFICE THROUGH TRAVIS NICHOLSON, AND TRAVIS NICHOLSON INDIVIDUALLY AND IN HIS COMPACITY AS THE ACTING DIRECTOR, AND THEIR AGENTS ONE-FIVE, AND THE U.S.E.E.O.C. OFFICE THROUGH KEITH HILLS, AND KEITH HILLS INDIVIDUALLY AND IN HIS COMPACITY AS THE DIRECTOR AND THEIR AGENTS ONE-FIVE, AND THE U.S.E.E.O.C. OFFICE THROUGH RUBY SUSTAITA, AND RUBY SUSTAITA INDIVIDUALLY AND IN HER COMPACITY AS THE REGIONAL ATTORNEY AND THEIR AGENTS ONE-FIVE, AND THE N.A.A.C.P. OFFICE THROUGH MICHEAL MC CLANANHAN INDIDUALLY AND IN HIS COMPACITY AS THE STATE OF LOUISIANA PRESIDENT AND THEIR AGENTS ONE THROUGH FIVE, AND THE NATIONAL ASSOCIATION FOR COLOR PEOPLE OFFICE THROUGH DERRICK JOHNSON INDIDUALLY AND IN HIS COMPACITY AS THE NATIONAL PRESIDENT AND THEIR AGENTS ONE THROUGH FIVE, AND ET AL**

**RECEIVED**

JUN -8 2020

Clerk U.S. ... rt and
District ... urts

1

PARTIES:

PLAINTIFF
Oscar Dantzler
1203 Apple Street
Hammond, La. 70401

SERVE:
        UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA
Timothy J. Shea U.S. Attorney
501 Third Street NW, Washington, DC 20001

DEFENDANTS

    U.S.D.O.J. OFFICE OF THE U.S. ATTORNEY GENERAL OFFICE & THEIR AGENTS
THROUGH
William P. Barr, Attorney General
Eric S. Drelband, Assistant Attorney General
950 Pennsylvania Ave. N.W. Washington, D.C. 20530

U.S.F.B.I. OFFICE AND THEIR AGENTS
THROUGH
Christopher Wray, Director 935 Pennsylvania Ave. N.W. Washington, D.C. 20535
Evan Patterson, Assistant Director 2901 Leon C. Simon Blvd. New Orleans, La. 70126

    LOUISIANA COMMISION OF HUMAN RIGHTS OFFICE OF THE GOVERNOR AND
                          THEIR AGENTS
THROUGH
John Bel Edwards, Governor, 1001 Capital Access Road Baton, Rouge, La.70802
Dr. Leah Raby, Executive Director
Desha Gay, Esq.
Christa David, MPA, Administrative Assistant/ Intake Officer
1001 North 23 Street Baton Rouge, La. 70802 / J.B.E. P.O. Box 94004 B.R., La. 70804

    UNITED STATES EQUAL EPLOYMENT OPPORTUNITY COMMISION AND THEIR
                          AGENTS
THROUGH:
Travis Nicholson, Acting Director
Keith Hills, Director
Rudy Sustaita, Regional Attorney
Hale Boggs Federal Building 500 Poydras Street Suite 809 New Orleans, La. 70130

N.A.A.C.P. AND THEIR AGENTS
THROUGH
Derrick Johnson , President 4805 Mt. Hope Dr. Baltimore, MD 21215
Micheal Clanahan , President 3313 Government Street Baton Rouge, La. 70806

## PETITION FOR A WRIT OF MANDAMUS
## AND/OR
## PETITION FOR A WRIT PROHIBITION

The petition of Oscar Dantzler, Jr., a resident of full age of majority of the

Parish of Tangipahoa, State of Louisiana, and a citizen in the United States, respectfully

shows that:

## JURISDICTION AND VENUE

Jurisdiction is founded under the provisions of TITLE VII of the Civil Rights Act of

1964, amended by the Equal Employment Act of 1972 as amended by the Civil Rights

Act of 1991 Title 42 U.S.C. Section 1983 and 2000( e )et. Seq., and under Section 704

and Section 706 of the Title VII et. And Jurisdiction is founded under pursuant to

5 U.S.C.$ 552 and La. R.S. 44;1, Jurisdiction is founded under the provisions of Fraud in

Silence, and Jurisdiction is founded pursuant to 28 U.S.C. $ 1332 Jurisdiction is founded

under the provisions of State of Louisiana Election Code; Jurisdiction is founded

pursuant to 28 U.S.C. $ 1343(a)1,2,3,4, (b)1,2 and under the Provisions of 28 U.S.C.$

1391, and pursuant to 28 USU 1361, 28 U.S.C. 1651(a)(b) Title 42 U.S.C. Section 1983

and 1985(3), and Title 28 U.S.C.S..$, 534, and, 535(b), (b) 2 and Code of Civil Procedure

Articles 3861, and 3863, and 3864, and causes of action arising under the First and

Fourteenth Amendment to The United States Constitution of America and it extends the

provisions of the Fifth Amendment's Due Process Clause and makes them applicable to

the states. Jurisdiction is also founded pursuant to 18 U.S.C. 1961-1968, and title 18

U.S.C.A.$ 242 and pursuant to 28 U.S.C. Section 1391(a)(e), and 1331, and 1343(3),

2201 and 2202, Federal question, and 28 U.S.C. Section 1367 affording supplemental

jurisdiction over Plaintiff's state law claims.

## REQUEST FOR JUDICIAL NOTICE OF EXHIBITS

Plaintiff hereby requests the court to take Judicial Notice pursuant to Rule 201,

Federal Rules of Evidence, of all plaintiff's attached Exhibits to support Plaintiff's

Petition for a Writ of Mandamus or and Petition for a Writ of Prohibition and therefore

be made part of this suit.

All listed defendants are a resident of full age of majority of the

Parish of Tangipahoa and the Parish of Baton Rouge, State of Louisiana, and a citizen of

the United States of America;

Plaintiff reserves his right to amend this petition within the time limits Prescribed by law

and thereafter for good cause shown and / correct any error, Misstatements, omissions, or vague

allegations which may be contained herein;

Plaintiff shows that he desires and requires that defendants answer or otherwise

respond to this suit within the proper time limits prescribe in the F. R. C. Pr.

### Plaintiff Action against the U.S.E.E.O.C. Office, Et al

*Plaintiff advises this honorable Court that the U.S.E.E.O.C. office and their agents had a Mandatory duty to investigate plaintiff's claims and to meet with the Plaintiff as required by Federal and State laws in which all were interfered with.*

*Plaintiff had filed a complaint/charge with the U.S.E.E.O.C. office in New Orleans on the 08 day of August 2019 against the T.P.S.B.* ( SEE ATTACHED EXHIBIT A )

*Plaintiff have sent several letters to the U.S.E.E.O.C. Office, to Travis Nicholson,*

*acting Director, and to the Director, Keith Hills, and* **the region attorney, Mr. Rudy**

**Sustaita and their agents, requesting information of plaintiff's charge lodge with**

**their office, but to know avail all was ignored intentionally, by the directors to their**

**agents, because of their conspiracy with the Governor, (L.C.H.R.) John Bel**

**Edwards to circumvent plaintiff's case against the Tangipahoa Parish School Board,**

because of the agreement J.B.E. has made with the school officials to support him in the

2019 governor's election and he ( defendant) would make sure plaintiff's case against the

T.P.S.S. would be dismissed against the T.P.S.S. without finding no violations of the

statures from his L.C.H.R. office. U.S.E.E.O.C. officials have never responded to my letters

as of this date of filing these proceedings ( SEE ATTACHED EXHIBIT B's )

Dear U.S.E.E.O.C. Agents, and Attorney{s} I, Oscar Dantzler filed a charge { Charge # 461-2019-02441 } with your office on August 08, 2019 against the T.P.S.S. and no one from your office has contacted me as of this date 01-08-2020 and time of the faxing and/or mailing of this letter to discuss the status of my charge. First, I need to know what is going on with my charge. Secondly, I would like to know who is or /and was handling my charge, because I need their complete name[s}. Third, I need to know why I have never been contacted as of the 01 -08-2020 by you nor your agents. Fourth, I need to know if my case has been transferred to another jurisdiction and what was the reason and why I have-not received a letter from your office advising me of the transfer ( EXHIBIT ( B's )

### *1. Plaintiff Action Against* the Louisiana Commissioner of Human Rights /Office of Governor John Bel Edwards, John Bel Edwards, Et al

*Plaintiff advises this honorable Court that the L.C.H.R. office and their agents had a Mandatory duty to investigate plaintiff's claims and to meet with the Plaintiff as required by Federal and State laws in which all were interfered with.*

*Plaintiff have sent several letters to the L.C.H.R. Office of* John Bel Edwards, to

the EXECUTIVE DIRECTOR, Dr. Leah Raby, EXECUTIVE ASSISTANT/EOS

SUPERVISOR, Desha Gay, Esq., and ADMINSTRATIE ASSISTANT /INTAKE

OFFICER, Christa David, MPA and their agents, requesting information of

plaintiff's charge lodge with their office, but to know avail all was ignored

intentionally, by the executive director to her agents, because of their conspiracy

with the Governor, John Bel Edwards and with the U.S.E.E.O.C. agents to

circumvent plaintiff's case against the Tangipahoa Parish School Board, because of

the agreement J.B.E. had made with the school officials to support him in the 2019

governor's election and he would make sure plaintiff's case against the T.P.S.S.

would be dismissed against the T.P.S.S. without finding no violations of the statures

from his L.C.H.R. office. L.C.H.R. officials have not responded to plaintiff's letters nor

has an agent met with plaintiff to discuss the merit of plaintiff charge as of this date

of filing these proceedings ( SEE ATTACHED EXHIBIT C & D )

( Letter).....

    Dear Agents, and Attorney{s} of the LCHR'S Office, I, Oscar Dantzler has filed a charge { Charge # 461-2019-02441 } with one of your E.E.O.C. office on August 08, 2019 against the T.P.S.S. and no one from your E.E.O.C. office has contacted me as of this date 01-08-2020 and time of the faxing and/or mailing of this letter to discuss the status of my charge. First, I need to know what is going on with my charge. Secondly, I would like to know who is or /and was handling my charge, because I need their complete name[s}. Third, I need to know why I have never been contacted as of the 01 -08-2020 by you nor your agents if my case has been transferred to LCHR'S jurisdiction. Fourth, I need to know if my case has been transferred to LCHR'S jurisdiction and what was the reason and why, because I have-not received a letter from your office advising me of the transfer. Fifth, If my case has been transferred, what date it was transferred and why and please provide me with the agent's complete name, address, fax & telephone # and the name and complete address of the LCHR'S jurisdiction where my charge # has been lodge. Would you please, respond by letter and have all 5 questions answer in writing in your response. Would you please, respond within 3 days after you or someone in your office receive this memo. ( SEE ATTACHED EXHIBIT C & D )

### 2. *Plaintiff Action Against* the Louisiana Commissioner of Human Rights /Office of Governor John Bel Edwards, John Bel Edwards, Et al

    Plaintiff alleges to this Honorable Court that he had received information from

a knowledgeable person that the Office of John Bel Edwards have had plaintiff's

U.S.E.E.O.C. complaint over six months ago. However; last week I received a phone

call from an investigator from the Office of the Governor, John Bel Edwards from

the Louisiana Commission of Humans Rights stating that he would be handling plaintiff's

U.S.E.E.O.C. complaint against the T.P.S.S., but he would not give me no information

concerning my case. Plaintiff have sent numerous of documents to the L.C.H.R. 'S office

concerning plaintiff's U.S. E.E.O.C. complaint against the T.P.S.S. and plaintiff yet to get a

response back from him nor an agent concerning the documents and or status of my case as of this date and time ( See attached letter sent to the L.C.H.R. office Exhibit C & D ).

Plaintiff advises that plaintiff was a candidate for the governor's race for the 2019 election and plaintiff had ran against John Bel Edward and because of plaintiff enter the race it had to go into a second primary.

Plaintiff advises that several teachers had advised plaintiff that they did not know I was running, because they had received a text message from the School officials advising them to support John Bel Edwards for the governor's race for the 2019 election.

Plaintiff advise how did the governor know about plaintiff's U.S.E.E.O.C. complaint and why would he request for plaintiff's case against the T.P.S.S. be sent directly to the L.C.H.R., office under his direct control after plaintiff had ran against him.

Plaintiff strongly believe that this is a conflict of interest and abusive power of the Governor as an elective official. Plaintiff know with out of doubt his U.S.E.E.O.C. case would be overlooked and concealed intentionally and be dismissed without no cause of action by the L.C.H.R. office, because of the intentional conspiracy against plaintiff with the T.P.S.S. and other defendants and because the bitterness and hate that the governor and his brother who is the sheriff for Tangipahoa Parish has against plaintiff.

Plaintiff alleges to this court that he had aired on T.V. Commercials and YouTube, Facebook and others, radio stations exposing the corruption of the governor and his brother .

Plaintiff alleges to this court that he had received information that the Governor is coming after him also, because the governor now is term limit out.

Plaintiff alleges to this court that he have received information from a sheriff deputy and a clerk from the court advising that Edwards families are coming after him ( using their elective power ) to make sure I watch my back and who plaintiff hang around.

Plaintiff alleges to this court that the governor and the sheriff has contacted other head elective officials throughout Tangipahoa parishes and other parishes to watch me and to make it hard for me if I need their assisted from the law, court or city information or response document due to me from courts or anything.

Plaintiff alleges to this court that he have been advise by someone that the governor has contacted other state government offices direct under his control to trump up allegations against me , because of his position and power so that I would not be able to run for no more political office in the future in the state of Louisiana.

Plaintiff alleges and strongly believe that these are violation under the La. Board Of

Ethics Guidelines, the La. Disciplinary Board of Attorney, the State of Louisiana Constitutional and the United Federal Constitution.

Plaintiff advises this court that this complaint is also against John Bel Edwards as a License Attorney for the State of Louisiana and him as being the State of Louisiana Governor.

Plaintiff advises this court and believe that this is conspiracy against plaintiff and Plaintiff beleives that this is a complaint that falls under the R.I.C.O. ACT. Plaintiff fear for the safety of his life and the life of his immediately family.

Plaintiff alleges to this court and plaintiff strongly believe that his Constitutional Rights has been violated under the provision of the United States Federal Constitutional and under the provisions of State of Louisiana Constitution have been violated by all defendants mention and by the Government officials.

Plaintiff believes that this is an investigation under the RICO ACT also.

Plaintiff have sent letters by fax on 3-2-2020 and by certified mail to the L.C.H.R. Office of John Bel Edwards reaching out for help from someone in their office, but to know avail no one never responded back to me.( SEE EXHIBIT ( C & D ) )

Plaintiff have sent another letter and supporting documents sent by fax on 3-19-2020 and by certified mail to the L.C.H.R. Office of John Bel Edwards reaching out for help from someone in their office, but to know avail no one never responded back to me. . ( SEE EXHIBIT ( C & D ) )

Plaintiff advises that the governor, John Bel Edwards has shown an ongoing retaliatory pattern of conspiracy with his agents of the L.C.H.R office of the Governor and with the U.S.E.E.O.C. office and their agents to dismiss plaintiff's U.S.E.E.O.C. claims without a cause of action and/ or without finding a violation under TITLE VII STATURES, because of his conspiracy with the Tangipahoa Parish School Superintendent in return for votes to support him in the 2019 Governor's race and by plaintiff enter the Governor's race that caused a run off. ( SEE EXHIBIT ( E ) ) the Right to Sue Letter from his Office.

(NOTE)
Plaintiff have sent last notification of documents that strongly supported plaintiff Charge to the L.C.H.R. office on or about March 19, 2020 and expeditiously an agent from L.C.H.R. office sent a determination letter from their L.C.H.R. Office dated and signed on or about March 25, 2020 stating they couldn't find a violation or a cause of action and/ or without finding a violation under TITLE VII STATURES. ( SEE EXHIBIT ( E ) )

Plaintiff strongly believe that this is abuse of the Governor's elective power.

Plaintiff strongly believe that this is also a violation of plaintiff's Civil rights under the U.S. Federal Constitution and a violation of plaintiff's Civil rights under the State of

Louisiana Constitution and the Board of Ethics Laws.

Plaintiff believe that this is conspiracy against him and plaintiff think that this is complaint that falls under the R.I.C.O. ACT.

Plaintiff advises and shows this court that the defendants has shown an intentionally continuing, retaliatory, conspiracy criminal pattern that falls under the RICO ACT.

Plaintiff alleges to this honorable court that The Governor is head of the L.C.H.R. office, and he appoints nine commissioners for the L.C.H.R. office. John Bel Edwards has intentionally orchestrated this retaliatory treatment and conspiracy, fraudulent acts against plaintiff with all mention defendants to dismiss plaintiff U.S.E.E.O.C. without finding any violation of statures, etc. as mention in above statements, and attachments

### Plaintiff action against the N.A.A.C.P. and their agents, Et al....

NAACP is a well recognize Civil Rights organization throughout the United States that is specialize in representing individuals in violation of their Civil Rights and Race Discrimination, and other especially to an African Americans. The N.A.A.C.P. has bylaws that govern their Charter to represent African Americans of violation of their Civil Rights and Race Discrimination ect.........

The N.A.A.C.P. has a mandatory duty to represent Plaintiff as a member and as an African American who has alleged violation of plaintiff's Civil Rights and Race Discrimination Charge, etc... filed with the U.S.E.E.O.C. office.

The N.A.A.C.P. has went against their own bylaws by not representing Plaintiff, because of their conspiracy with the Governor, John Bel Edwards. Plaintiff is a member of the N.A.A.C.P. and Plaintiff deserves representation from them. Plaintiff have sent several letters to their office seeking representation from their office concerning plaintiff's U.S.E.E.O.C. complaint, but all to know avail they refuse to represent plaintiff, they have never responded back to plaintiff's letters, because of their relationship with the governor, John Bel Edwards. ( SEE ATTACHED EXHIBIT ( F's ) )

( NOTE)
Plaintiff alleges and It is my opinion and it should be notice that the Governor have given to the N.A.A.C.P. hundred of dollars to support him for the 2019 Governor's Election.

Plaintiff's action against the U.S.F.B.I. Office and their agents, Et al.....
( SEE ATTACHED EXHIBIT ( G & H ) ) and below narrative.......

Plaintiff's action against the U.S.D.O.J. Office and their agents, Et al.....
( SEE ATTACHED EXHIBIT ( I ) ) and below narrative.......

The plaintiff, Oscar Dantzler, presents with respect that the

named defendant(s) are justly and truly indebted unto him for damages
in amount to be determine by the trier of the facts for liability for
conspiracy to violate his civil rights under color of law, intentional
infliction of emotional distress, and other tortuous acts as set forth
in Plaintiff's Complaint and/or referred to herein:

Some of the above defendants are constitutionally and
democratically elected district officials, and some are appointed
officer and some are not elected officials, and some are elective
officials, and some are state agencies who are not immune from
suit for damages, and plaintiff shows that some defendants can act only
through its agents and that it liable for the acts of its agents under
the theory of respondent superior, and/or but are subject to injunctive
relief by the courts and /or any other relief the court may find.

**All of the transactions and events relevant to the plaintiff's complaint
occurred in and about the Tangipahoa Parish, Baton Rouge Parish Eastern District
of Louisiana., and the United States of America, and Washington, D.C.**

Plaintiff advise this court that the defendants, ( no one), in
fact made any effort whatsoever to bring the unlawful activity to halt,
in fact the defendants have helped- encourage in an on going conspiracy
way and abetted with The Governor, John Bel Edwards in their wrongful
actions involving conspiracy.

Plaintiff further advises this court that the defendants
Supported the wrongful actions of the Governor, John Bel Edwards and
the defendants Have exhibited wanton and willful disregard for the
Rules of the Court Procedures and for the justice system and not only
did defendants Engage in the conspiracy with the Governor against
plaintiff, in which they had knowledge of, they resorted to engage in
subterfuge, albeit a very easily discernible form, in an attempt to
circuvment plaintiffs (claims) under the provisions of Title VII and
other Federal and State claims under the U.S. Federal Constitution.

## CONSPIRACY

Plaintiff shows that no direct evidence of the existence of a conspiracy between the named defendants is necessary, and that a jury can infer from the circumstances of this case that there exist a conspiracy between some or all of the defendants to commit illegal malicious acts which violated the plaintiff constitutional rights under color of law and that those persons who are not immune from damages can be assed for damages regardless of the immunity of their conspirators and despite the fact that those are immune might be the only conspirators cloaked with legal authority. Plaintiff need not prove that every conspirator knew the exact details of the plan or the identity of all the participants, so long as the conspirators shared some of the conspiratorial objectives. **HAMPTON vs. HANRAHAN 600 F2 nd 600, 620-623 (7th Cir.1979)cert. denied 446 US 754 (1980)**

## LAW AND ARGUMENTS

With regards to such notice and opportunity to be heard to which petitioner,
Oscar Dantzler is entitled by both the Federal Constitution and the Constitution of the

State of Louisiana as well as the laws, statutes, and Rules of the courts of State which provides and guarantee due process, equal protection and access to the courts it is noted herein and set forth herein

Plaintiff alleges that the action of defendants deprived plaintiff of his clearly established right to due process and equal protection of the laws, guarantee to him pursuant to the Fourteenth Amendment to the U. S. Constitution and to petition the government for redress of grievances under the First Amendment to the U. S. Constitution and Louisiana Constitution Article I., Section 2. All which defendants interfered with.

Plaintiff alleges at all times pertinent hereto, plaintiff enjoyed a clearly established right to life, liberty, property, and to confront his accusers, and the pursuit of happiness under the Fourteenth Amendments to the U. S. Constitution and a freedom of association under the First Amendment to the U. S. Constitution, all of which defendants impaired and interfered with.

Plaintiff alleges that at all times pertinent hereto, defendants were person (s) acting under color of the law within the meaning and intent of 42 U.S.C. $ 1983. Plaintiff alleges conspiracy to continue to overlook plaintiff's U.S.E.E.O.C. claims and to dismiss plaintiff's claims without finding a cause of action under the provision of U.S.E.E.O.C. Title VII federal Laws and other laws intentionally by not responding back to plaintiff's letters nor meeting with plaintiff which was motivated by defendants conspiracy with one another, because of my race, black that cause a deprivation of equal protection of the laws that caused injury to plaintiff within the meaning and intent under the provision of 42 U.S.C.1985. The actions of defendants served to impair and interfere with plaintiff's

clearly established rights in violation of 42 U.S.C. $ 1983 and 42 U.S.C. 1985(3).

Plaintiff believes that defendant(s), (no one), in fact made any effort whatsoever to bring the unlawful activity to halt, in fact the defendant(s) have helped- encourage in an on going conspiracy way and abetted the defendants officials, et al, in their wrongful actions by conspiracy.

Plaintiff further believes that defendant(s) supported the wrongful actions of the defendant(s) and they have exhibited wanton and willful disregard for the Rules of the state Court Procedures and for the justice system and not only did defendant(s) deny the Plaintiff's Equal Due Process of Law, in which they had knowledge of, they resorted to engage in subterfuge, albeit a very easily discernible form, in an attempt to circuvment plaintiff's (claims), to Due Process of Law, by conspiracy.

## Title 28 U.S.C. § 1361,

This federal statute permit's the plaintiff or/and any citizen to file a lawsuit in the federal courts to obtain a court order requiring a federal official to perform a mandatory duty and to halt unlawful acts. This statute is Title 28 U.S.C. § 1361. Action to compel an officer of the U. S. to perform his duty. The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff

## 28 U.S.C. $ 1651

Writs (a) The Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law. (b) An alternative writ or rule nisi may be issued by a justice or judge of a court which has jurisdiction. (June 25, 1948, ch. 646, 62 Stat. 944; May 24, 1949, ch. 139, Sec. 90, 63 Stat. 102.)

Title 28 U.S.C.S. $1391(e) provides for venue for actions in the nature of mandamus brought under Title 28 USCS $ 1361 against federal officers, employees, or agencies, or any agency thereof acting in its official capacity or under color of legal authority. Plaintiff for all of the relief set forth in his petition for writ of mandamus, which he seeks to compel the afore-mentioned defendant(s) to perform their duty owed to the plaintiff as required by law.

The defendants, (federal agencies ) has a clear and present legal duty (i.e., nondiscretionary ministerial and statutory requirement) under Title 28 U.S.C.S. $ 535 (b) to report any information, allegation, and complaint relating to violations of civil rights guaranteed by the Fourteenth Amendment to the U. S. Constitution, and 42 U.S.C. section 1983, and 1985(3) , 18 U.S.C. 242, and the laws of the U. S., by officials acting under color of law, to the United States Attorney General.

The defendants, ( federal agencies) has refused, intentionally and deliberatively and continues to refused, to comply with the requirements of Title 28 U.S.C. $ 535 (b) to continue to conceal my criminal complaint.

Plaintiff is entitled to relief sought, because, as is more fully shown in his verified petition, there is no genuine issue of material facts that needs to be tried in this

action. Furthermore, there are no affirmative defense available to the defendants, F.B.I.,
in that, Title 28 USCS $ 535(b) establishes that agents of the defendants have a clear
and present legal duty under to report any information, allegation and complaint relating
to violations of federal criminal law involving government officers and employees to the
U. S. Attorney General. In spite of the statutory requirement to document plaintiff's
complaint, the F.B.I. has refused and continues to refused to document my complaint.

Plaintiff continues to suffer and incur damages as a result of the deprivation of civil
rights guaranteed him by the Fourteenth Amendment to the U. S. Constitution by law
enforcement officials, and federal officials, and other individual acting under color of law

Unless the U.S.F. B. I., is compelled to perform their duty' Plaintiff is likely to
sustain further irreparable harm, including death, in that the plaintiff is terminally ill,
and the ongoing abuse, which is more fully described in the related complaint, continues to
this day. Plaintiff has suffered a dramatic acceleration of his illness, which can only be
attributed to the circumstances and events particular to this matter.

Plaintiff has exhausted all available remedies prior to seeking mandamus relief;
and, he believes that any further efforts to obtain relief from local agencies and state
court, and federal courts will likely result in serious reprisals against him for making
allegations of wrongdoing on the part of local law enforcement agencies, elective
officials and federal officials, as occurred in the past and present. For this reason,
requirements for exhaustion of effort to obtain local relief should be considered waived
and satisfied. ( Heckler v. Ringer 466 U.S. 602 ( 1984)

Plaintiff is seeking mandamus relief against defendants, U.S. F. B. I. and agent does
one through five, who refused to fulfill their statutory responsibilities under Title 28

U.S.C. $ 535, by refusing to document plaintiff's allegations of deprivation of certain rights and protections guaranteed to him by the Fourteenth Amendment to the U. S. Constitution, and 42 U.S.C. section 1983, and 1985(3) , 18 U.S.C. 242, and the laws of the United States, by officials acting under color of law, and for failing to take actions within the legal limits of their authority

Plaintiff is seeking relief against respondents (federal officers, ) who refused to fulfill their sworn obligation, and present legal duty (i.e., nondiscretionary ministerial and statutory requirement) under Title 28 USC 1343(1)(2)( 3), and the U. S. Federal constitution, to enforce the U.S. Constitution, any allegations, and complaint relating to violations of plaintiff's civil rights guaranteed by the Fourteenth Amendment to the U. S., and 42 U.S.C. section 1983, and 1985(3) , 18 U.S.C. 242, and the laws of the United States, by officials acting under color of law,.

Title 28 USC 535 mandates and governs the investigation of crimes involving government officers and employees. It authorizes the Attorney General and the F. B. I. to investigate any information, allegation, matter, or complaint witnessed, discovered, or received, relating to violations of federal criminal law involving government officers and employees, and, requires the head of the F.B.I., or the witness, discover, or recipient, to expeditiously report these violations to the attorney General, as appropriate.

The Federal Bureau of Investigation, is an organ of the national government, has the commensurate responsibility to vigilantly support and defend the Constitution, and the Court will not interpret Title 28 U.S.C. $ 534 in manner inconsistent with this Responsibilities [Tarlton v. Saxbe (1974) 165 US App DC 293, 504 F2d 1116]. Exclusively

Plaintiff is a citizen of the United States, and is a victim, as defined by Title

*16,*

42 U.S.C.A. $ 10607 (e) (2), for purposes of providing the services described in the Attorney General Guidelines for Victim and Witness Assistance and, as defined by Title 42 U.S.C. $ 10607 (e) (2), for purpose of enforcing the rights enumerate

Defendants, U.S.F B I is an agency of the United States of America and are components of U. S. Department of Justice.

Defendants, AGENT DOES ONE through FIVE, are officers, agents and/or employees of the U.S. courts, and FBI, and the D.O.J. acting within the scope of their office or employment, and are being sued individually and each in their official capacity, for the negligent and/ or wrongful acts and/or omissions occurring in connection with the performance of their duties, which resulted from their refusal to take the required actions that would have identified the plaintiff as a victim of crime, within the meaning of Title 42 U.S.C. $ 10607 (b) (1).

As agents acting on behalf of the F. B. I, Defendants, AGENT DOES ONE through FIVE, have, and at all relevant times described herein had, a clear and present legal duty (i.e., nondiscretionary ministerial and statutory requirement) under Title 28 U.S.C. $ 535 to report any information, allegation, and complaint relating to violations of federal criminal law and civil rights, by official acting under color of law, to the Civil Right Division of the Department of Justice.

Defendants, AGENT DOES ONE through FIVE, have, and at all relevant times described herein had, the present ability to perform the above-described duty.

Defendants, trial courts, and U.S.F. B. I., is, and at all relevant times described herein was, the appropriate venue for the plaintiff to bring his complaint for violations of federal and state criminal law and of his civil rights, by official acting under color of law, is that:

Title 42 U.S.C.A. $ 14141 allows the United States to remedy a pattern or practice of conduct by any governmental authority, or any agent thereof, or any person acting on behalf of a governmental authority, including law enforcement officers, who deprive a person of their constitutionally guaranteed rights.

Plaintiff sent letters to the U,S,F.B.I. , U.S.D.O.J., crying out for help, but to know avail all were ignored by defendants. ( SEE EXHIBIT G, H, I, )

Therefore plaintiff request a Writ of Mandamus ordering the U.S.F.B.I. and agent one-five to conduct a proper investigation of my claims.

In all cases, the afore-mentioned defendants refused to document plaintiff's complaint, without proffering a tenable explanation.

Given the refusal of the U.S.F. B. I. to properly and effectively investigate the complaints and allegation of the plaintiff and bring the perpetrators to justice, in accordance with the law and its own policies, and given further other substantial indicators of acquiescence by the Department of Justice in the abuses described in plaintiff's complaint, and its unwillingness to support legal initiatives that might be undertaken to obtain relief for the plaintiff, any further efforts on the part of the plaintiff to secure remedies through these venues would be futile

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff, Oscar Dantzler, in support of his petition for writ of mandate, which seeks an order from this court to compel the U.S.D.O.J., and the U.S.F. B. I., and their agents, the U.S.E.E.O.C. and their agents, and the L.C.H.R. and their agents. and the N.A.A.C.P. and their agents, to perform their Statutory duty owed to the plaintiff under The U.S. Federal Constitution and the Constitution of the State of Louisiana;

## Submits the following Memorandum of points and Authorities:

A. Relief in nature of mandamus under Title 28 U.S.C.A. $ 1361 was appropriate in action against federal officials and state officials alleging failure to discharge their duty, since plaintiff sought only to require federal officers and state officers to perform ministerial duty of complying with their own regulations. [Legal Aid Soc'y V. Brennan (1979, CA9 Cal) 608 F2d 1319, 21 BNA FEP Cas 605, 21 CCH EPD paragraph 30443, cert den (1980) 447 US 921, 656 L Ed 2d 1112, 100 S Ct 3010, 22 BNA FEP Cas 1832, 23 CCH EDP paragraph 30977]

B. District Court had jurisdiction under 28 USCS & 1361 of third-party action who sought to compel federal and state officials to fulfill their affirmative duty under federal statutes; to extent that third-party plaintiffs alleged that defendants federal officers, state officers acted unconstitutionally and outside ambit of their statutory authority, and sought relief to correct such actions, suit was "in the nature of mandamus" so as to bring it within purview of & 1361. [Kelley v. metropolitan County Board of Education (1973, MD Tenn) 372 F Supp 528]

D. When complaint is predicated upon Mandamus Act (28 USCS $ 1361), it is essential that plaintiff allege and show that government owes him performance of legal duty "so plainly prescribed as to be free from doubt." [Naporano metal & Iron Co. v. Secretary of Labor (1976, CA3 NJ) 529 F2d 537, 41 ALR Fed 597; Commonwealth of Pennsylvania, By Sheppard v. National Ass'n of Flood Insurers (1975, CA3 Pa) 520 F2d 11, 20 FR Serv 2d 601]

E. A state law enforcement agency may be enjoined from committing constitutional violations where there is proof that officers within the agency have engaged in a persistent pattern of misconduct. [Thomas v. County of Los Angeles, 978 F.2d 504, 508-509 (9th Cir. 1993)]

F. The Supreme Court has repeatedly upheld the appropriateness of federal injunctive relief to combat a 'pattern' of illicit law enforcement behavior. [Pennsylvania v. Porter, 659 F. 2d 306 (3rd Cir. 1981)]

G. The method in which the U.S.F.B.I , conducts investigations of violations civil rights violations by state actors, and the criteria for mandating an investigation, is prescribed in the united States Attorneys' manual, Title 7, Civil Rights Resource Manual, $ 42.

H. The U.S.D.O.J., and U.S. F. B. I. office, and agent has failed to document and respond to my Complaints As was required by law.

## MANDAMUS

### Art. 3861. Provides;

Mandamus is a writ directing a public officer or a corporation or an officer

thereof to perform any of the duties set forth in Articles 3863 and 3864.

Art. 3863. Provides;

A writ of mandamus may be directed to a public officer to compel the performance of a ministerial duty required by law, or to a former officer or his heirs to compel the delivery of the papers and effects of the office to his successor.''

In Taube vs. St. Charles Parish School Board, 00-1805( La. App. 5 Cir.4/11/01);787

So.2d 377, the court, at page 380, discussed the Writ of Mandamus:

A writ of mandamus may be directed to a public officer to compel the performance of a ministerial duty required by law. La. C.C.P. arts.3861, 3863. A writ of mandamus is properly issued only when the law provides no relief by ordinary means or when the delay involved in obtaining ordinary relief may cause injustice La. C.C.P. arts.3862. Thus , a writ of mandamus is appropriately issued against a public officer (1) when the public officer has refused to perform a ministerial duty that is clearly provided by law, and (2) when a mandamus is the only available remedy or the delay caused by the use of any other remedy would cause injustice. Both requirements must be met in order for a court to properly make a writ of mandamus peremptory. Taube, 767 So.2d at 821.

The defendants (federal officers, ) has a clear sworn obligation, and present legal duty (i.e., nondiscretionary ministerial and statutory requirement) under the U.S. Federal Constitution, and under Title 28 USC 1343(1)(2)( 3), to enforce the U.S. Constitution, any allegations, and complaint relating to violations of plaintiff's civil rights guaranteed by the Fourteenth Amendment to the U. S. Constitution and 42 U.S.C. section 1983, and 1985(3) , 18 U.S.C. 242, 28 USC 1391(e) and the laws of the United States, by officials acting under color of law,.

## 28 USC 1343(I)(2)(3)    (provides)

(a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person: (1) To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42; (2) To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent; (3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States; (4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights,

Plaintiff believes that defendant(s), (no one), in fact made any

effort whatsoever to bring the unlawful activity to halt, in fact the

20.

defendant(s) have helped- encourage in an on going conspiracy way and abetted the defendants officials, et al, in their wrongful actions by conspiracy.

Plaintiff further believes that defendant(s) supported the wrongful actions of the defendant(s) and they have exhibited wanton and willful disregard for the Rules of the state Court Procedures and for the justice system and not only did defendant(s) deny the Plaintiff' s Equal Due Process of Law, in which they had knowledge of, they resorted to engage in subterfuge, albeit a very easily discernible form, in an attempt to circuvment plaintiff' s (claims), to Due Process of Law, by conspiracy

## CONCLUSION

Therefore, plaintiff request a Writ of Mandamus ordering all the defendants, and their employees, agents to do what is required of defendants to do pursuant to the law and an order ordering for defendants not to continue this type of misconduct in the future.

Plaintiff is entitled to the issuance of a Writ of Mandamus ordering and directing the above defendants (parties) to do what they are required to do pursuant to the law
Consequently, plaintiff has no plain, speedy, and adequate remedy in the ordinary course of the law other to request the court to compel official action by a Writ of Mandamus order.

Plaintiff asserts that a writ of mandamus is appropriate because (1) he has sufficiently established his clear and indisputable right to the relief sought, (2) the defendants have a statutory mandate to fulfill that right, and (3) the plaintiff has no other adequate remedy available to him.

Plaintiff requests from this Honorable Court a Trial by Jury.

Plaintiff requests A Writ of Mandamus be issue ordering the L.C.H.R. office and their agent to recall the U.S.E.E.O.C. Determination Right to Sue Letter signed and dated on March 25, 2020, because their office did not do a though investigation of laintiff charge intentionally, because of their Conspiracy with the Governor, John Bell Edwards to circumvent plaintiff's U.S.E.E.O.C. claims;

**WHEREFORE, plaintiff prays that;**

**1.** A Writ of Mandamus be issue ordering and directing the above defendants (parties) to do what they are required to do pursuant to the law.

**2.** A Writ of Mandamus be issue ordering the United States Federal District Court, to stay any/and/ or all pending matters, pleadings, and motions and/or until plaintiff's Writ of Mandamus is heard for the best interest of justice.

**3.** A Writ of Mandamus be issue pursuant to Title 28 U.S.C.S 1361(B), ordering defendants, the U.S. F.B.I. and appropriate agents and or/person acting on their behalf, to perform it duty owe to plaintiff under title 28 U.S.C. 535 within fifteen (15) day of the date of this order; or, in the alternative, order the aforementioned defendants to appear before this court and show cause why they should not do so,

**4.** A Writ of Mandamus be issue ordering aforementioned defendants and their agents does one-five, to provide a reasonably sufficient explanation for their past refusal to uphold the provision of title 28 U.S.C. 535 and for their failure to perform their statutory duty ,as prescribe therein;

5. A Writ of Mandamus be issue ordering aforementioned defendants and their agents does one-five, to make known to plaintiff and this court, upon forwarding his complaint, the determination by the civil rights division of the department of justice, and in particular, as to whether the department will request a criminal civil rights investigation by the aforementioned defendants or whether the division will decline criminal prosecution in favor of an administrative inquiry;

**6.** A Writ of Mandamus be issue pursuant to title 18 U.S.C. 3771(d)(3)ordering aforementioned defendants , D.O.J., Attorney General to enforce the right to be reasonable protected from the accused afforded to the plaintiff under title 18 U.S.C 3771(a), by designing a person(s) in the D.O.J. or (responsible official) pursuant to title 42 U.S.C. 10607(a), to provide the plaintiff with the services required by federal law and the attorney general guidelines for victim and witness assistance, immediately upon receipt of the order;

**7.** A Writ of Mandamus be issue granting an injunction pursuant to Tittle 18 U.S.C. 3771(d) (3), ordering the aforementioned (caption) defendants and their agents does one-five, and the Attorney general of the United States, to take and investigate plaintiff complaint, pursuant to title 18 U.S.C. 3771(f)(2), for the willful and wanton failure of defendants, to protect the aforementioned rights of the plaintiff.

**8.** A Writ of Mandamus be issue pursuant to Title 28 U.S.C.S 1361, ordering defendants, and appropriate agents and or/person acting on their behalf, to perform it duty owe to plaintiff or, in the alternative, order the aforementioned defendants to appear before this court and show cause why they should not do so,

9. A Writ of Mandamus be issue pursuant to Title 42 U.S.C. 10607(e)(2) ordering defendants, and appropriate agents and or/person acting on their behalf, to perform it duty owe to plaintiff or, in the alternative, order the aforementioned defendants to appear before this court and show

cause why they should not do so,

10. A Writ of Mandamus be issue pursuant to Title 42 U.S.C. 14141 ordering defendants, the U.S., and appropriate agents and or/person acting on their behalf, to perform it duty owe to plaintiff or, in the alternative, order the aforementioned defendants to appear before this court and show cause why they should not do so,

11. A Writ of Mandamus be issue ordering and directing the above defendants (parties) not to continue to retaliate, harass nor violate plaintiff's civil rights no further.

12. A Writ of Mandamus be issue ordering the L.C.H.R. office and their agent to recall the U.S.E.E.O.C. Determination Right to Sue Letter signed and dated on March 25, 2020,

    1. because their office did not do a though investigation of my charge intentionally, because of their Conspiracy with the Governor, John Bell Edwards to circumvent plaintiff's U.S.E.E.O.C. claims;

    2. because the L.C.H.R. office and their agent are under direct control of the governor;

    3. because the Governor, John Bel Edwards ordered the conspiracy against plaintiff;
    a. because of his agreement he had made with the T.P.S.S. officials if they supported him for the 2019 Governor's Election he would make sure that plaintiff's U.S.E.E.O.C. claims would be dismissed without finding any violation of any statures;

    b. because plaintiff had entered the 2019 Governor race and ran against him;

    c. because of plaintiff entered into the race it had to go into a second primary;

    d. because plaintiff had run advertisement against him and him brother showing the corruption of their family;

13. A Writ of Mandamus be issue ordering plaintiff relief in connection with his civil rights claims.

14. A Writ of Mandamus be issue ordering the defendant(s), U.S.D.O.J.. and the U.S.F.B.I. and their agents to investigate the criminal activity under the R.I.C.O. ACT

15. A Writ of Mandamus be issued ordering the all defendant(s) to show cause why they refused to do a though investigation of plaintiff's claims under the provision of the Title VII Civil Rights Act of 1964 et.......

16. A Writ of Mandamus be issued ordering the defendant(s) NAACP to investigate the Allege violation of plaintiff's U.S. Federal Constitution civil rights claims under the

provision of the Title VII Civil Rights Act of 1964 and to give plaintiff representation on plaintiff's U.S.E.E.O.C. complaint.

Respectfully submitted,

OSCAR C. DANTZLER, JR. PRO SE
1203 Apple Street
Post Office Box 1786
Hammond, Louisiana 70403
(985)-215-1508
Email-Oscardantzler@yahoo.com

STATE OF LOUISIANA

PARISH OF TANGIPAHOA

## VERIFICATION

**BEFORE ME, Notary Public, personally came and appeared**

**OSCAR DANTZLER**

**A resident of the full age of majority of Tangipahoa Parish, Louisiana, who upon being duly sworn did depose and state that he is the plaintiff in the above foregoing complaint, that he has read the same, and all facts and allegations contained therein are true and correct to the best of his knowledge, information, belief._**

_____

**SWORN TO AND SUBSCRIBED before me, Notary Public, this _**

**_____ DAY OF April _____, 2020.**

_____
**NOTARY PUBLIC**